quiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2147.   IN RE DISBARMENT OF CARLSON.   Glenn Herbert Carlson, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M62.   BROWN v. UNITED STATES;
No. 99M64.   STEWART v. WHITLEY, WARDEN;
No. 99M65.   LAFEVERS v. WARD, WARDEN, ET AL.;
No. 99M66.   WILLIAMS v. BOARD OF EDUCATION OF MONTGOMERY COUNTY ET AL.; and
No. 99M67.   HING CHUN TING v. COLLEGE OF PODIATRIC MEDICINE AND SURGERY ET AL.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 99M63.   MOORE v. TEXAS.   Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 126, Orig.   KANSAS v. NEBRASKA ET AL.   First Report of the Special Master received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.   Replies, if any, with supporting briefs may be filed within 30 days.   [For earlier order herein, see, *e. g., ante*, p. 1001.]

No. 99–138.   TROXEL ET VIR v. GRANVILLE.   Sup. Ct. Wash. [Certiorari granted, 527 U. S. 1069.]   Motion of Debra Hein for leave to file a brief as *amicus curiae* granted.

No. 99–387.   RALEIGH, CHAPTER 7 TRUSTEE FOR THE ESTATE OF STOECKER v. ILLINOIS DEPARTMENT OF REVENUE.   C. A. 7th Cir.   [Certiorari granted, *ante*, p. 1068.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 99–905.   ARMSTRONG SURGICAL CENTER, INC. v. ARMSTRONG COUNTY MEMORIAL HOSPITAL ET AL.   C. A. 3d Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 99–6940.   TURNER v. INTERNAL REVENUE SERVICE. C. A. 4th Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1069] denied.